## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action Case No. 2:18-cv-13064 |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned ) | |
| IP address 68.61.187.236, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.61.187.236. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 20, 2019        Respectfully submitted,

By:  /s/ *Joel A. Bernier*
Joel A. Bernier, Esq. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315

Tel: (586) 991-7611  
Fax: (586) 991-7612  
Email: Bbclawgroup@gmail.com  
*Attorneys for Plaintiff*

## LOCAL RULE CERTIFICATION

I, Joel A. Bernier, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

/s/ *Joel A. Bernier*
**By:  JOEL A. BERNIER (P74226)**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*